## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cr-0024** |
| | ) | |
| **JACQUES V. DAVID,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated June 11, 2025, ECF No. 44, recommending that the Defendant's plea of guilty to Count Two of the Indictment, Willfully Injuring or Committing Any Depredation Against Property of the United States, a violation of Title 18, United States Code, Section 1361, be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 44, is **ADOPTED;** it is further

**ORDERED** that Defendant Jacques V. David's plea of guilty as to Count Two of the Indictment is **ACCEPTED**, and that Jacques V. David is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **July 25, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **August 15, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **September 5, 2025;** it is further

*United States v. David*
Case No. 3:24-cr-0024
Order
Page **2** of **2**

   **ORDERED** that the parties shall file their sentencing memoranda no later than **September 19, 2025;** it is further

   **ORDERED** that a sentencing hearing shall be held on **October 2, 2025, at 9:00 A.M. in STT Courtroom No. 1**.

**Dated: June 30, 2025**        */s/ Robert A. Molloy*   
               **ROBERT A. MOLLOY**
               **Chief Judge**